**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| FRANCES L MULDER, | |
| | NO. 05-01825 |
| DEBTOR | JUDGE: Squires(DuPage) |

**NOTICE OF FILING**

**Notified via Electronic Filing**
U.S. Trustee , 227 W Monroe, Ste 3350, Chicago, IL 60606
Glenn Stearns,, 4343 Commerce Court, Suite 120, Lisle, IL 60532
James Young, 47 Dupage Crt., Elgin, IL 60120
**Notified via US Postal Service**
Frances L Mulder, 3162 BoothBay Lane, Aurora, IL 60504

   Please take notice that on the 20th day of December, 2007 I did file with the Clerk of the United States Bankruptcy Court, 219 S Dearborn, Chicago, IL 60604 the Objection to Confirmation of Plan.

**AFFIDAVIT OF SERVICE**

   The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached objection upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 4201 Lake Cook Rd, Northbrook, IL 60062-1060, before the hour of 5:00 PM on December 20, 2007, unless a copy was provided electronically by the Clerk of the Court.

                    Respectfully Submitted,

                    /s/ Josephine J. Miceli
                    Josephine J. Miceli

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Marc G. Wagman ARDC# 06282192
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
04-3448D
**THIS IS AN ATTEMPT TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER CHAPTER 13 |
| FRANCES L MULDER, | NO. 05-01825 |
| DEBTOR | JUDGE: Squires(DuPage) |

**NOTICE AND STATEMENT OF OUTSTANDING MORTGAGE OBLIGATIONS**

     As you know, our firm represents WELLS FARGO HOME MORTGAGE in your Chapter 13 Case Number 05-01825. In that capacity, we have been retained to collect a debt provided for by your Chapter 13 Plan. Accordingly, any information with which you provide this office can and may be used to collect that debt.

I have been informed by my client that you have failed to make payments as required:

| | |
|---|---|
| November, 2007 monthly payment(s) at $ 1,500.73 = | $1,500.73 |
| December, 2007 monthly payment(s) at $1,602.64 = | $1, 602.64 |
| 1 late charge at $60.03 = | $60.03 |
| 1 late charge a $64.11 = | $64.11 |
| Less Suspense at $ 838.14 = | ($838.14) |
| **TOTAL =** | **$2,389.37** |

                          Respectfully submitted,

                          /s/ Josephine J. Miceli
                          Attorney for WELLS FARGO HOME MORTGAGE

Richard B. Aronow ARDC# 03123969
Christopher A. Cieniawa ARDC# 06187452
Michael J. Kalkowski ARDC# 06185654
Josephine J. Miceli ARDC# 06243494
Marc G. Wagman ARDC# 06282192
Fisher and Shapiro, LLC
4201 Lake Cook Rd
Northbrook, IL 60062-1060
(847)291-1717
Attorneys for Movant
04-3448D