UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 05 B 01825
  FRANCES L MULDER
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
  SSN XXX-XX-7082
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 01/20/05 and confirmed on 03/04/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  30803.20 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | .00 | .00 | .00 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 27277.31 | .00 | 27277.31 |
| FOX METRO WATER REC DIST | SECURED | 1300.00 | .00 | 1300.00 |
| ROUNDUP FUNDING LLC | UNSECURED | 906.82 | .00 | 906.82 |
| GEICO CASUALTY | UNSECURED | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 28577.31 | .00 | 906.82 | .00 | 29484.13 |
| PRINCIPAL PAID | 28577.31 | .00 | 906.82 | .00 | 29484.13 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 28577.31 | .00 | 906.82 | .00 | 29484.13 |

The Debtor's attorney, JAMES A YOUNG & ASSOC          , was allowed $       .00
and was paid $       .00 .

The Trustee received $   1319.07 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


    Dated: 06/23/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE

```
                              PAGE   2
     CASE NO. 05 B 01825 FRANCES L MULDER
```